

P15445/A. Pakula

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

TO:     Jim Molinelli, Miscellaneous Clerk

FROM:   Adam Pakula, United States Probation Officer

RE:     Lawrence Greene

DATE:   February 6, 2008

**08 CRIM 105**

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On August 1, 1997, the above-named individual was sentenced in the Western District of Virginia outlined in the attached J & C.

On January 11, 2008, we received the Prob. 22's endorsed by the Honorable James H. Michael, Jr., U.S. District Court Judge, ordering Mr. Greene's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By:  *[signature]*
Adam Pakula
U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FEB 14 2008